```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 44191
  ROBERT E GAST
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-5733


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/01/04 and confirmed on 03/18/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  66157.71 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
CITIFINANCIAL MORTGAGE    UNSECURED         20609.88          .00        2060.99
INTERNAL REVENUE SERVICE  PRIORITY          NOT FILED         .00            .00
COUNTRYWIDE FINANCIAL     MORTGAGE ARRE     27420.76          .00       27420.76
COUNTRYWIDE FINANCIAL     CURRENT MORTG     30870.00          .00       30870.00
CHICAGO DEPARTMENT OF RE  UNSECURED         NOT FILED         .00            .00
COMCAST                   UNSECURED         NOT FILED         .00            .00
COMED                     UNSECURED         NOT FILED         .00            .00
NICOR GAS                 UNSECURED         NOT FILED         .00            .00
MONEY STORE BANKRUPTCY    UNSECURED         NOT FILED         .00            .00
VILLAGE OF ROUND LAKE BE  UNSECURED         NOT FILED         .00            .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED 58290.76         .00    20609.88         .00       78900.64
PRINCIPAL PAID     58290.76         .00     2060.99         .00       60351.75
INTEREST PAID           .00         .00         .00         .00            .00
TOTAL PAID         58290.76         .00     2060.99         .00       60351.75
The Debtor's attorney, PAUL M BACH                  , was allowed $   2200.00
and was paid $    2200.00 .

The Trustee received $   2722.25 .

Refunds to the Debtor totaled $     883.71 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 08/19/08                    /s/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                        PAGE  2
        CASE NO. 04 B 44191 ROBERT E GAST